IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TIFFANY THORNE,

          Plaintiff,

v.

CHARTER COMMUNICATIONS, LLC d/b/a SPECTRUM AND HIRERIGHT, LLC,

          Defendants.

Case No: 1:24-cv-00700-JLS

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO HIRERIGHT, LLC**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed *without* prejudice against Defendant HireRight, LLC with each party to bear its respective attorney's fees and costs.

    HireRight, LLC has not served an answer, motion or otherwise appeared in this action.

Dated: August 22, 2024

                                        **SANDERS LAW GROUP**

                                        By:   */s/ Craig B. Sanders*
                                        Craig B. Sanders, Esq.
                                        333 Earle Ovington Blvd, Suite 402
                                        Uniondale, NY 11553
                                        Tel: (516) 203-7600
                                        Email: csanders@sanderslaw.group
                                        File No.: 129834
                                        *Attorneys for Plaintiff*